UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MC-62358-RAR

**SWISSDIGITAL USA CO., LTD**,
a Delaware Company,

        Plaintiff,

v.

**WENGER, S.A.,**
a Switzerland company,

        Defendant.
_____/

## REFERRAL OF MOTION TO QUASH

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. In its Expedited Motion to Quash Subpoena, [ECF No. 1], filed December 15, 2022, non-party Group III International, Inc. ("Group III") seeks to quash the Subpoena to Testify at Deposition served by SwissDigital USA Co., LTD in connection with the Western District of Texas litigation, *SwissDigital USA Co., LTD v. Wenger, S.A.*, Civil Case No. 6:21-cv-00453-ADA-DTG (W.D. Tx.). Accordingly, the Motion to Quash is hereby **REFERRED** to Magistrate Judge Jared M. Strauss. Given the expedited nature of this motion, counsel shall confer and contact Magistrate Judge Strauss's Chambers **on or before December 20, 2022,** regarding the Motion to Quash. This case will remain **ADMINISTRATIVELY CLOSED** while the matter proceeds before the Magistrate Judge.

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**